# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 11 CR 153 |
| v. ) | |
| ) | Hon. Gary Feinerman |
| ) | U.S. District Judge |
| VINCENT LANGMAN ) | |

## DEFENDANT VINCENT LANGMAN'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

NOW COMES Defendant Vincent Langman ("Langman"), by his court-appointed counsel, James A. McGurk, and respectfully submits this Motion for Early Termination of Supervised Release. In support of this motion, Defendant Langman states as follows:

1. Defendant was charged with wire fraud in an indictment filed on February 24, 2011.

2. On December 3, 2013, the Defendant entered a plea of guilty.

3. On August 19, 2014, the Defendant was sentenced to term of imprisonment of 72 months and a period of supervised release of three years by the Hon. John Darrah, U.S. District Judge. (Doc. 91).

4. A notice of appeal was filed by the Defendant concerning his sentence. Subsequently, a joint motion to remand for resentencing was filed by the government and the Defendant following the Seventh Circuit's decision in *U.S. v. Thompson*, 777 F.3d 368 (7th Cir. 2015).

5. This matter was reassigned from Judge Darrah's docket to this Court's docket by the Executive Committee on January 24, 2017.

6. On June 2, 2017, this Court imposed a sentence of 57 months incarceration on Defendant and imposed a sentence of three years supervised release to follow his incarceration. (Doc. 156)

7. The Defendant served his time in the Bureau of Prisons facility in Duluth, MN.

8. Ultimately, the Defendant Langman was released and began his half-way house confinement on October 1, 2018.

9. The Defendant Langman began his Supervised Release on October 1, 2018. The Defendant's period of supervised release is now scheduled to end on September 31, 2021.

10. Since being placed on Supervised Release, the Defendant has worked and has made regular payments toward his restitution obligation.

11. The Defendant is now living with his brother, Dr. Charles Langman, in St. Charles, IL and Defendant has been providing support for his family.

12. While on Supervised Release, addition to his employment, the Defendant has met all of the conditions of his Supervised Release.

13. The Defendant believes that being terminated from Supervised Release will increase his ability to earn more income. Given that the Defendant's obligation under his original sentence will be subject to enforcement by the Financial Litigation Unit ("FLU") of the U.S. Attorney's Office, the Defendant anticipates entering into a payment agreement with the FLU for payment of his restitution obligation.

14. Termination of his Supervised Release will permit the Defendant Langman to travel with greater ease and will aid in his employment prospects.

15. The U.S. Probation Officer assigned to Mr. Langman has advised him that the U.S. Probation Office does not oppose his request for early termination of supervised release.

**Conclusion**

Wherefore, for the reasons stated above, the Defendant seeks an order from this Court for early termination of his Supervised Release.

Dated: May 20, 2020  /s/James A. McGurk
James A. McGurk

James A. McGurk
Law Offices of James A. McGurk, P.C.
123 North Wacker Drive
Suite 250
Chicago, IL 60606-1912
(312) 236-8900
james@jamesmcgurklaw.com

2020520.DefendantLangmansMotionforEarlyTerminationofSupervisedRelease.doc

# CERTIFICATE OF SERVICE

I, James A. McGurk, an attorney, certify that I caused a copy of the foregoing document to be served by electronic filing, and by First Class Mail upon:

**Via Electronic Mail and Firat Class Mail**

AUSA Brian Netols
219 South Dearborn Street
Room 500
Chicago, IL 60604
Brian.netols@usdoj.gov

This 20th day of May, 2020

/s/James A. McGurk
James A. McGurk

COS.VuncentLangmnn.vl.doc