UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
Eastern Division

UNITED STATES OF AMERICA
                                        Plaintiff,

v.                                      Case No.: 1:11−cr−00153
                                        Honorable Gary Feinerman

Vincent Langman
                                        Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 4, 2020:

MINUTE entry before the Honorable Gary Feinerman:as to Vincent Langman. Motion for termination of probation [182] is denied without prejudice. Defendant has not made sufficient progress with his restitution payments or financial stability to warrant the early termination of supervised release. Defendant references travel restrictions harming his employment prospects, so Discretionary Condition #14 is terminated. Motion hearing set for 6/8/2020 [183] is stricken. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.