UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) |
| VINCENT LANGMAN, | ) No. 11 CR 153-1 |
| Defendant, | ) Judge Gary Feinerman |
| and | ) |
| TOSHIBA BUSINESS SOLUTIONS, | ) |
| Third-Party Respondent. | ) |

## AGREED TURNOVER ORDER

This matter is before the court on the United States of America's motion for a turnover order. The court has reviewed the motion and finds as follows:

1. Judgment was entered in this case in favor of the United States and against defendant Vincent Langman and the outstanding balance is $11,314,740.90 as of July 28, 2022.

2. Third-party respondent Toshiba Business Solutions stated in its answer to a citation to discover assets that it had earnings belonging to Langman in its possession or under its control. The United States is entitled to 25% of Langman's disposable earnings, less any child support or prior court-ordered deduction, for each pay period since the citation was served and continuing each pay period until the debt is paid in full, or until the respondent no longer has custody, possession, or control of any earnings belonging to Langman, or until further order of this court.

3. The United States and Langman have come to an agreement through counsel that respondent shall garnish fifteen (15) percent of Langman's disposable earnings (disposable earnings include all salary, stipends, commissions and awards but less any mandatory tax withholdings), and tender garnished funds to the United States.

4. The Clerk of the Court collects all payments on monetary penalties imposed in criminal cases. Accordingly, all payments should have "11 CR 153-1" written in the lower left corner of the check and be submitted to: Clerk of the Court, U.S. District Court, Northern District of Illinois, 219 South Dearborn Street, 20th Floor, Chicago, Illinois 60604.

It is therefore,

ORDERED that the respondent, Toshiba Business Solutions, shall submit to the Clerk of the Court for the Northern District of Illinois fifteen percent (15%) of Vincent Langman's disposable earnings, for each pay period since the citation was served and continuing each pay period until the debt is paid in full, or until the respondent no longer has custody, possession, or control of any earnings belonging to Langman, or until further order of this court.

ENTER: _____
United States District Judge

Date: 8/16/2022