UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>VINCENT LANGMAN, )<br>)<br>       Defendant, )<br>)<br>    and )<br>PNC BANK, N.A., )<br>)<br>       Third-Party Respondent. )<br>)<br>) | No. 11 CR 153-1<br><br>Judge Feinerman |

**AGREED TURNOVER ORDER**

This matter is before the court on the United States of America's motion for a turnover order. The court has reviewed the motion and finds as follows:

1. Judgment was entered in this case in favor of the United States and against defendant Vincent Langman and the outstanding balance is $11,314,740.90 as of August 1, 2022.

2. Third-party respondent PNC Bank, N.A. stated in its answer to a citation to discover assets that it had property belonging to Langman under its possession or control, the value of which was about $6,902.55 at the time of the answer, which represents the defendant's interest in the checking account, which is not exempt from garnishment, being held by the respondent. 18 U.S.C. § 3613(a) and 26 U.S.C. § 6334.

3. The United States and Langman have come to an agreement through counsel that PNC Bank shall submit $2,500 from Langman's account to the United States, and release any holds on account of the United States' citation from Langman's account.

4. The Clerk of the Court collects all payments on monetary penalties imposed in criminal cases. Accordingly, all payments should have "No. 11 CR 153-1" written in the lower left corner of the check and be submitted to: Clerk of the Court, U.S. District Court, Northern District of Illinois, 219 South Dearborn Street, 20th Floor, Chicago, Illinois 60604. Accordingly, it is hereby

ORDERED that the respondent, PNC Bank, N.A., shall submit to the United States $2,500.00 of the checking account belonging to Vincent Langman to be applied to his outstanding judgment.

E N T E R:

_____
United States District Judge

Date: 8/16/2022